UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMON PATTERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0106** |
| **WARDEN KEITH COOLEY** | **SECTION "B"(4)** |

### ORDER AND REASONS

The petitioner, Damon Patterson, filed a **Motion for Production of Documents and Transcripts (Rec. Doc. No. 10)** in connection with his captioned petition for the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Patterson request that this Court order the state clerk of court and court reporters to provide him with complete copies of the entire state court record and all transcripts. Patterson indicates that the records and transcripts are necessary to support the claims pending before this Court.

Patterson's motion is in the nature of a request for production of documents. Rule 6 of the Rules Governing Section 2254 Cases permits a district court to grant leave to conduct discovery when, in its discretion, good cause is shown. Patterson has shown no good cause or any reason for this Court to allow discovery at this time. He also has failed to indicate that he has sought complete copies of the records and transcripts, or the denial of any request therefor, through the available means in the state courts. It appears from the pleadings already before the Court that Patterson is represented by counsel in the on-going state court sentencing proceedings. He can consult his counsel to obtain any copies to which he is entitled under state law.

Patterson otherwise has failed to indicate a particularized need for the records and transcripts other than to present them to this Court to support his claims. Such a task is not necessary for this Court's review. This Court caused service of Patterson's petition and ordered the respondent to

reply to the petition and provide certified copies of all of the records of Patterson's state criminal and post-conviction proceedings from each level of the state courts. At this time, the respondent's reply to the Court's briefing order is not due until March 25, 2015. There is no need for Patterson to duplicate these efforts and add unnecessary expense to this litigation by propounding fruitless requests to the respondent or any non-party. This Court will have ample opportunity to review and consider all available records to determine the appropriate resolution of Patterson's claims after the respondent has replied. If the Court later should find that additional records are required, the parties will be notified.

**IT IS ORDERED** that Patterson's **Motion for Production of Documents and Transcripts (Rec. Doc. No. 10)** is **DENIED**.

New Orleans, Louisiana, this  18th  day of March, 2015.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**